## WEAVER *v.* THE INDIANAPOLIS AND ST. LOUIS RAILROAD COMPANY.

APPEAL from the Hendricks Circuit Court.

WORDEN, C. J.—This case presents the same questions that were decided in the case of *Straughan* v. *The Indianapolis and St. Louis Railroad Company, ante,* p. 185; and the judgment must be affirmed, for the reasons there given.

The judgment below is affirmed, with costs and five per cent. damages.

*W. A. McKenzie,* for appellant.

*L. Ritter* and *M. A. Osborn,* for appellee.